UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL MCBRIDE,

    Plaintiff,

v.                                                Case No. 8:06-cv-1490-T-24-EAJ

JIM COATS, Sheriff, Pinellas County,
in his official capacity; and
JASON MOYER, Detention Deputy,
Pinellas County Sheriff's Office,
in his individual capacity,

    Defendant.
_____/

**<u>ORDER</u>**

      This cause comes before the Court on Defendant Jason Moyer's Motion for Leave of Court to file His Dispositive Motion for Summary Judgment (Doc. No. 34).

      On January 25, 2007, this Court entered its Case Management and Scheduling Order, in which the dispositive motion deadline was set for September 4, 2007 (Doc. No. 18). On September 4, 2007, Defendant Jim Coats ("Coats") filed a motion for summary judgment (Doc. No. 29). On September 24, 2007, Plaintiff Michael McBride ("McBride") filed his response to Defendant Coats' motion for summary judgment (Doc. No. 31), which also included a cross motion for summary judgment that was re-filed as a separate motion (Doc. No. 32). On October 15, 2007, the Court entered an order striking McBride's motion for summary judgment as untimely (Doc. No. 38).

      On September 28, 2007, Defendant Jason Moyer ("Moyer") filed the instant motion. In his motion, Defendant Moyer moves this Court for an order granting him an extension of the

dispositive motion deadline, so that he may file a motion for summary judgment. Having considered the motion, the Court finds that Defendant Moyer's motion is very untimely, and fails to show good cause for such an extension.

Accordingly, it is ORDERED AND ADJUDGED that Defendant Jason Moyer's Motion for Leave of Court to file His Dispositive Motion for Summary Judgment (Doc. No. 34) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 5th day of November, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record