UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL MCBRIDE,

    Plaintiff,

v.                                         Case No. 8:06-cv-1490-T-24 EAJ

JIM COATS, Sheriff, Pinellas County,
in his official capacity; and
JASON MOYER, Detention Deputy,
Pinellas County Sheriff's Office,
in his individual capacity,

    Defendants.
_____/

## O R D E R

This cause comes before the Court for consideration of Plaintiff's Oral Motion to Bring a Cell Phone Device into the Courtroom during the trial in this case. Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that Plaintiff's motion is **GRANTED** as follows:

(1)     Plaintiff's counsel, Matthew P. Farmer, shall be allowed to bring one cell phone device into the courthouse for the duration of the trial scheduled in the above case, which is set to begin on January 28, 2008. Said cell phone device shall be kept in the "vibrate" or "silent" mode and may be used only outside of the courtroom.

(2)     Persons authorized by this Order shall present a copy of this Order to security personnel each time they enter the courthouse with the cell phone device.

(3)     The cell phone device is subject to inspection by courthouse security personnel at their discretion.

**DONE AND ORDERED** at Tampa, Florida, this 18th day of December, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
U.S. Marshal/Court Security-Front Desk