UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL MCBRIDE,

    Plaintiff,

v.                                                  Case No. 8:06-cv-1490-T-24 EAJ

JIM COATS, Sheriff, Pinellas County,
in his official capacity; and
JASON MOYER, Detention Deputy,
Pinellas County Sheriff's Office,
in his individual capacity,

    Defendants.
_____/

## **O R D E R**

This cause comes before the Court for consideration of Defendants' Oral Motion to Bring Electronic Equipment into the Courtroom during the trial in this case. Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that Defendants' motion is **GRANTED** as follows:

(1) Defendants' counsel, Richard C. McCrea, Jr., Matthew Crist, and A. Michael Perotti, shall each be allowed to bring a laptop computer and accessories thereto, as well as one cellphone device, into the courthouse for the duration of the trial scheduled in the above case, which is set to begin on January 28, 2008. Said cellphone device shall be kept in the "vibrate" or "silent" mode and may be used only outside of the courtroom.

(2) Persons authorized by this Order shall present a copy of this Order to security personnel each time they enter the courthouse with any of the electronic equipment herein permitted.

  (3)  All electronic equipment is subject to inspection by courthouse security personnel at their discretion.

**DONE AND ORDERED** at Tampa, Florida, this 18th day of December, 2007.

                     Susan C. Bucklew
                     SUSAN C. BUCKLEW
                     United States District Judge

Copies to:
Counsel of Record
U.S. Marshal/Court Security-Front Desk