UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL MCBRIDE,

        Plaintiff,

v.                                    Case No.  8:06-cv-1490-T-24EAJ

JIM COATS, Sheriff, Pinellas County,
in his official capacity; and
JASON MOYER, Detention Deputy,
Pinellas County Sheriff's Office,
in his individual capacity,

        Defendants.
_____/

# O R D E R

       This cause comes before the Court on Defendant Jason Moyer's Motion for Order of the Court Adjudging Plaintiff's 42 U.S.C. § 1983 Claim as Arising Under the Fourteenth Amendment (Doc. No. 56).  On December 27, 2007, Plaintiff Michael McBride voluntarily dismissed his claim against Defendant Moyer.  As such, the instant motion is moot.

       Accordingly, it is ORDERED AND ADJUDGED that Defendant Jason Moyer's Motion for Order of the Court Adjudging Plaintiff's 42 U.S.C. § 1983 Claim as Arising Under the Fourteenth Amendment (Doc. No. 56) is **DENIED AS MOOT**.

       **DONE AND ORDERED** at Tampa, Florida, this 28th day of December, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record