UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL MCBRIDE,

    Plaintiff,

v.                                              Case No.  8:06-cv-1490-T-24EAJ

JIM COATS, Sheriff, Pinellas County,
in his official capacity; and
JASON MOYER, Detention Deputy,
Pinellas County Sheriff's Office,
in his individual capacity,

    Defendants.
_____/

## **O R D E R**

This cause comes before the Court on the parties' Joint Motion for Referral to Magistrate Mediation (Doc. No. 69).

Having considered the motion, and being otherwise fully advised, it is ORDERED AND ADJUDGED that the parties' Joint Motion for Referral to Magistrate Mediation (Doc. No. 69) is **GRANTED**. Subsequent to this Order, the Court will enter a notice of mediation conference.

**DONE AND ORDERED** at Tampa, Florida, this 2nd day of January, 2008.

                                                                SUSAN C. BUCKLEW
                                                                United States District Judge

Copies to:
Counsel of Record